# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: WALL007 LLC, et al. | § | CASE NO. 20-31131-HDH7 |
| | § | CHAPTER NO. 7 |
| Debtor(s) | § | |
| | § | |
| | § | |
| JUN LI, et al. | § | |
| | § | |
| Appellant(s) | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:20-CV-3386 -S |
| | § | |
| WALL007 LLC, et al. | § | |
| | § | |
| Appellee(s) | § | |

**ORDER**

The above-captioned case is hereby transferred to the docket of the Honorable Judge Brantley Starr, and shall henceforth carry the suffix letter "X".

**SO ORDERED.**

SIGNED November 19, 2020.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**